# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

**DOUGLAS WALTER CHILDS,**

    Petitioner,

v.                                                           Civil Action No. **3:19CV191**

**WARDEN,**

    Respondent.

## MEMORANDUM OPINION

On May 20, 2019, United States Postal Service returned a May 7, 2019 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT AT THIS ADDRESS." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ 
John A. Gibney, Jr.
United States District Judge

Date: 30 May 2019
Richmond, Virginia